# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1577
_____

CHRISTOPHER RINGENBERG,

Appellant,

v.

STEPHANIE DAYLE RINGENBERG,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

March 8, 2018

PER CURIAM.

Appellant challenges the trial court's award of attorney's fees to appellee and the trial court's order denying his motion to disqualify their child's counselor. We reverse the trial court's award of attorney's fees because the trial court did not determine appellee's need or appellant's ability to pay prior to deciding that appellee was entitled to fees. *Routh v. Thompson*, 82 So. 3d 157, 158 (Fla. 2d DCA 2012). We affirm the trial court's order denying appellant's motion to disqualify the child's counselor without comment.

AFFIRMED IN PART and REVERSED IN PART.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Lucas J. Taylor of Sellers, Taylor & Morrison, P.A., Live Oak, for Appellant.

No appearance for Appellee.